# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     1:17-cv-01650-KLM

CLAIMSOLUTION, Inc., a Missouri corporation doing business as a foreign corporation,

    Plaintiff,

v.

CLAIM SOLUTIONS LLC, a Colorado limited liability company,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff ClaimSolution, Inc. ("Plaintiff"), and Defendant Claim Solutions LLC., through their counsel of record, and in accordance with the Court's order for a joint status report (Doc. #36), notifies the Court that the parties have reached a settlement in the above captioned matter. The parties will file all necessary pleadings to effectuate dismissal of the above-captioned case within fourteen (14) days.

Dated: March 5, 2019

    *s/ James L. Wooll*
    James L. Wooll
    Spencer Fane LLP
    1700 Lincoln Street, Suite 2000
    Denver, Colorado 80203
    303-839-3800
    jwooll@spencerfane.com

    *Attorney for Plaintiff ClaimSolution, Inc.*

*s/ Brad Kloewer*
Brad Kloewer
FURTADO LAW PC
3773 Cherry Creek Dr. N, Ste. 755
Denver, Colorado 80209
(303) 755-2929
brad@furtadolaw.com

*Attorney for Defendant Claim Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2019, a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was electronically served via ECF or served via email and addressed to:

Brad Kloewer
FURTADO LAW PC
3773 Cherry Creek Dr. N, Ste. 575
Denver, Colorado 80209

*s/Pamela Thede*
for Spencer Fane LLP